[No. 12973-0-III.     Division Three.     June 16, 1994.]

ALEX C. PFITZER, ET AL, *Appellants*, v. DONALD HARRIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-2-00370-1, James R. Thomas, J., entered December 11, 1992. *Affirmed* by unpublished opinion per

Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.